FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 SEP -1 PM 4:01

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER W. PROSPERIE | * | CIVIL ACTION |
| VERSUS | * | NO. 04-2359 |
| SUPERIOR ENERGY SERVICES L.L.C., MURPHY EXPLORATION & PRODUCTION COMPANY, SUPREME SERVICE & SPECIALTY COMPANY, INC., SUPREME SERVICES, INC. AND SUPREME COIL TUBING SERVICES, INC. | * * * * | SECTION "N" (5) JUDGE: ENGLEHARDT MAG.: CHASEZ |
| * * * * * * | * | |

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Superior Energy Services, L.L.C., who answers the Petition of Damages of the plaintiff, Christopher W. Prosperie as follows:

I.

The Petition for Damages fails to state a claim upon which relief can be granted.

{N1184664.1}

N1076603 1

1



___ Fee_____
___ Process_____
_X_ Dktd__CAG__
___ CtRmDep__4__
___ Doc. No.__4__

II.

NOW, FURTHER ANSWERING, if further answer be deemed necessary, defendant, Superior Energy Services, L.L.C. avers as follows:

1.

The allegations contained in Paragraph No. I as respects Superior Energy Services, L.L.C. are admitted insofar as Superior Energy is authorized to do business in the State of Louisiana. The allegations as respects the other defendants do not require an answer and are therefore denied for lack of sufficient knowledge to justify a belief therein.

2.

The allegations contained in Paragraphs 2, 3, 4, 5, 6, 7, 8 and 9 are denied.

3.

FURTHER ANSWERING if further answer be deemed necessary, defendants avers that the plaintiff's accident was caused by his sole negligence and/or contributory fault which was pleaded herein as a bar to and/or in mitigation to any recovery to which the plaintiff might be entitled.

{N1184664.1}

2

N1076603.1

4.

Defendant avers that plaintiff's injuries were caused by others over whom this defendant is neither responsible nor liable.

5.

Defendant further avers that plaintiff's incident and injuries, if any, were caused or occasioned by the usual and ordinary risk of his employment and therefore this defendant cannot be responsible for the claims made by the plaintiff herein.

6.

Defendant specifically pleads that the plaintiff has failed to mitigate his damages.

7.

Defendant, Superior Energy Services, L.L.C. avers that it has nothing to do with the allegations of the Petition and Superior Energy Services, L.L.C. should be dismissed.

8.

Plaintiff was an employee of an independent contractor over whom this defendant had no control and therefore this defendant can have no liability to the plaintiff.

{N1184664.1}

N1076603 1

9.

Plaintiff's claim is barred by the applicable statute of limitations and/or prescription.

10.

Defendant pleads for a trial by jury on all issues.

WHEREFORE, defendant, Superior Energy, L.L.C. prays that this, its Answer, be deemed good and sufficient and that after due proceedings are had, the petition of the plaintiff be dismissed with prejudice, at plaintiff's costs for all general and equitable relief.

Respectfully submitted,

_____
JEFFERSON R. TILLERY, ESQ. (#17831)
Jones, Walker, Waechter, Poitevent
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4700
New Orleans, LA 70170
Tel: (504) 582-8000
Fax: (504) 582-8015
Attorneys for Pride Offshore, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this __21__ day of __Sep__, 2004.

_____
Jeff Zill

{N1184664.1}

5

N1076603.1